No. D–298.  IN RE DISBARMENT OF BURGER.  It is ordered that George Ralph Burger, of Sandy Springs, Ga., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig.  ARIZONA v. CALIFORNIA ET AL.  Joint motion for additional time for oral argument and for divided argument granted, and a total of one and one-half hours allotted for oral argument and no more than two counsel per side shall present oral argument.  JUSTICE MARSHALL took no part in the consideration or decision of this motion.  [For earlier order herein, see, e. g., ante, p. 811.]

No. 65, Orig.  TEXAS v. NEW MEXICO.  Report of the Special Master received and ordered filed.  Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.  Replies to such Exceptions, with supporting briefs, may be filed within 30 days.  [For earlier order herein, see, e. g., 454 U. S. 1076.]

No. 92, Orig.  ARKANSAS v. MISSISSIPPI.  Answer to the Counterclaim referred to the Special Master.  [For earlier order herein, see, e. g., 458 U. S. 1122.]

No. 81–395.  UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC v. SADLOWSKI ET AL., 457 U. S. 102.  Motion of respondents to dispense with taxation of costs denied.

No. 81–460.  MIDDLESEX COUNTY ETHICS COMMITTEE v. GARDEN STATE BAR ASSN. ET AL., 457 U. S. 423.  Motion of respondents to retax costs denied.